1    SHARON DOUGLASS MAYO - State Bar No. 150469
     sharon.mayo@aporter.com
2    DANIKA B. VITTITOE - State Bar No. 235337
     danika.vittitoe@aporter.com
3    VIKRAM SOHAL - State Bar No. 240251
     vikram.sohal@aporter.com
4    EMILIA P. PETERSEN - State Bar No. 253681
     emilia.petersen@aporter.com
5    ARNOLD & PORTER LLP                                    JS-6
     777 South Figueroa Street, 44th Floor
6    Los Angeles, California  90017-5844
     Telephone: (213) 243-4000
7    Facsimile: (213) 243-4199

8    Attorneys for Plaintiffs

9

10                   UNITED STATES DISTRICT COURT

11                  CENTRAL DISTRICT OF CALIFORNIA

12   SAILOR MUSIC, JOBETE MUSIC CO.,      )   Case No. CV08-07063 JFW (Ex)
     INC. AND HARRISONGS LIMITED,         )
13                                        )   CONSENT JUDGMENT
                       Plaintiffs,        )
14                                        )   (17 U.S.C. §§ 101 *et seq.*)
             v.                           )
15                                        )
     DERRY 207 CORP. AND JOHN CIARAN      )
16   GALLAGHER,                           )
                                          )
17                     Defendants.        )
                                          )
18

19       WHEREAS, Plaintiffs Sailor Music, Jobete Music Co., Inc., and Harrisongs Limited

20   ("Plaintiffs") are owners of the copyrights in the musical compositions listed in Schedule A to

21   Plaintiffs' Complaint filed in this action and members of the American Society of Composers,

22   Authors and Publishers ("ASCAP"); and

23       WHEREAS, defendants Derry 207 Corp. and John Ciaran Gallagher ("Defendants"), at the

24   times of the infringing acts alleged in the Complaint, did own, control, manage, operate, and

25   maintain a place of business for public entertainment, accommodation, amusement, and refreshment

26   known as Gallagher's, located at 2751 E. Broadway, in Long Beach, in the State of California; and

27       WHEREAS, without authorization or consent, Defendants, on the dates specified on

28   Schedule A to the Complaint, publicly performed Plaintiffs' copyrighted musical compositions at

LA: 524890_2

1   Gallagher's for the entertainment and amusement of the patrons attending said premises in violation

2   of Plaintiffs' rights under 17 U.S.C. § 106(4), as a remedy for which Plaintiffs are entitled to

3   judgment against Defendants for willful copyright infringement.

4           NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

5           1.      (a)      Judgment is entered for Plaintiffs and against Defendants on the claims set

6   forth in Plaintiffs' Complaint in the amount of Eight Thousand Five Hundred Dollars ($8,500.00).

7   Notwithstanding the foregoing, the parties have agreed that this Judgment may be satisfied upon

8   Defendants' payment of the sum of Five Thousand Five Hundred Dollars ($5,500.00) ("the

9   Settlement Amount") as provided in Paragraph 2 below.

10          (b)      The amount provided for in this Consent Judgment shall be in full settlement

11  of all claims against Defendants arising out of Plaintiffs' Complaint and all other copyright

12  infringement claims of members of ASCAP against Defendants arising out of the operation of

13  Gallagher's during all periods up to and including the date of entry of this Consent Judgment.

14          2.      (a)      Defendants shall pay the Settlement Amount in installments of Four Hundred

15  Fifty-Eight Dollars and Thirty-Three Cents ($458.33), the first payment to be made upon entering

16  into this Consent Judgment and the following payments to be made on the first of each month

17  beginning January 1, 2009, through December 1, 2009.

18          (b)      Defendants shall make the payments provided for above in the form of a

19  certified, cashier's, bank, or corporate business check drawn on a California bank, made payable to

20  "ASCAP," and delivered to Danika B. Vittitoe, Esq., at Arnold & Porter LLP, 777 South Figueroa

21  Street, 44th Floor, Los Angeles, California 90017, or such other person as Plaintiffs' attorneys shall

22  designate to receive such payments.

23          3.      Contemporaneously with the execution of this Consent Judgment, Defendants will

24  execute an ASCAP General License Agreement for Gallagher's for the term commencing January

25  1, 2009.  License fees pursuant to such license agreement for the calendar year 2009 shall be

26  included in the amount to be paid by Defendants as provided in this Consent Judgment.  License

27  fees pursuant to such license agreement for periods beginning January 1, 2010, shall be paid by

28

2

1  Defendants when due as billed by ASCAP, and Defendants shall otherwise abide by all of the terms

2  and conditions of the license agreement.

3       4.     In the event that Defendants fail to make any of the payments provided for in

4  paragraph 2(a), or to pay license fees to ASCAP as provided for in paragraph 1(c), upon receipt by

5  Defendants of written notice from Plaintiffs or their undersigned attorneys of any such delinquency,

6  Defendants shall have ten (10) calendar days in which to cure such delinquency.  If the delinquency

7  is not cured within such ten (10) day period, Defendants shall be obligated to pay the full Judgment

8  amount of Eight Thousand Five Hundred Dollars ($8,500.00), less any payments previously made

9  to Plaintiffs pursuant to paragraph 2 above.  Such balance shall be immediately due and payable,

10  and execution therefor may issue forthwith and without any further notice to Defendants.

11       5.     Plaintiffs shall be granted all such writs and process as is necessary or proper for the

12  enforcement of this Consent Judgment.

13       6.     Subject to the Court's continuing jurisdiction over the parties for purposes of

14  enforcement of this Consent Judgment, this action is dismissed.

15

16                                  **ORDER**

17       **IT IS SO ORDERED.**

18

19  Dated:  January 13, 2009

20  _____

21                       UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

3